# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RANDAL L. RAPH,<br>*Plaintiff*<br>v.<br>JEFFERY UTTECHT,<br>*Defendant* | Civil Action No. 2:16-CV-0351-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The habeas petition, ECF Nos. 1 and 3, is DISMISSED with prejudice as time-barred under 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a Petition for Writ of Habeas Corpus.

Date: January 30, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*
Linda L. Hansen